

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Marilyn Caberto Andaya Fadaol

                                  **Plaintiff,**

                                  V.

Kilolo Kijakazi, Acting Commissioner of Social Security

                                  **Defendant.**

Civil Action No.   21cv01400-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based upon the parties' Joint Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Motion to Remand.

Date:   5/17/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Cazares

                                  A. Cazares, Deputy